## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JIMMY AVILA,

Mezie Oduka
_____

Write the full name of each plaintiff.

DANISHA DAVIS          -against-   Lindsey M·Blackwell

CITY OF NEW YORK, NYC DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT,  Jane Doe, John Doe
SYMONE ELIZABETH SYLVESTER, 1412 COL LLC,BASICS,INC
JSAF MANAGEMENT LLC, ADULT PROTECTIVE SERVICES,
_____

NYC DEPARTMENT OF HOMELESS SERVICES, CITYFHEPS
_____

BREAKING GROUND, HARLEM YMCA, ANDREW BRAIN
BITTENS ESQ, BRONXWORKS, OFFICE OF MENTAL HEALTH

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

### COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

**A.  If you checked Federal Question**     *Fair Housing Act (42 U.S.C. 3601 et seq.)*

Which of your federal constitutional or federal statutory rights have been violated?
pursuant to the Racketeer Influenced and Corrupt. Organizations Act ("RICO"), 18 U.S.C. § 1961, violation of Title II of the AMERICAN DISABILTY ACT ,Law § 296 et. seq., N.Y. Real Prop, Negligent and Intentional Infliction of Emotional Distress,

42 U.S.C. § 12132; section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a) (" Rehabilitation Act" );SECTION 504

New York City Human Rights Law, N.Y.C. Admin. Code§ 8-107(4)(a) (" NYCHRL" ).

Violation of the AMERICAN DISABITY ACT, the Rehabilitation Act, and the NYCHRL

*Fair Housing Act (42 U.S.C. § 3601 et seq.)*
**B.  If you checked Diversity of Citizenship**

1.  **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
              (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, BASICS, INC _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, BASICS, INC _____, is incorporated under the laws of

the State of NEW YORK _____

and has its principal place of business in the State of NEW YORK _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in 974 PROSPECT AVENUE, BRONX, NY 10459 .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

JIMMY                                    AVILA
First Name                Middle Initial        Last Name

1412 College avenue, Apt 1B
Street Address

BRONX
County, City                          State          Zip Code

646-944-2174                          HIGHSECURITY123@GMAIL.COM
Telephone Number                      Email Address (if available)

If the defendant is an individual:

The defendant, __BREAKING GROUND__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __BREAKING GROUND__, is incorporated under the laws of

the State of __NEW YORK__

and has its principal place of business in the State of __NEW YORK__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __505 8th Ave, New York, NY 10018__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| MEZIE | | ODUKA |
|---|---|---|
| First Name | Middle Initial | Last Name |

40 Ann  Street
_____
Street Address

| NEW YORK | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

| | Worldgreen788@Gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

CITY OF NEW YORK

First Name                          Last Name

_____

Current Job Title (or other identifying information)

100 CHURCH STREET

Current Work Address (or other address where defendant may be served)

NEW YORK                   NY               10007

County, City                        State            Zip Code

Defendant 2:

SYMONE              ELIZABETH SYLVESTER

First Name                          Last Name

ATTORNEY

Current Job Title (or other identifying information)

100 GOLD STREET

Current Work Address (or other address where defendant may be served)

New York                   NY               10038

County, City                        State            Zip Code

Defendant 3:

JSAF                    MANAGEMENT LLC

First Name                          Last Name

PROPERTY MANAGER

Current Job Title (or other identifying information)

164 Suffolk Street

Current Work Address (or other address where defendant may be served)

NEW YORK                   NY               10002

County, City                        State            Zip Code

Page 4

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 4

| BASIC, INC | | |
|---|---|---|
| First Name | Last Name | |

Non- profit or organization receiving Federal Funding from(OMH)

Current Job Title (or other identifying information)

300 East 175th Street

Current Work Address (or other address where defendant may be served)

| Bronx | NY | 10457 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 5

| 1412 COL LLC | | |
|---|---|---|
| First Name | Last Name | |

Owner/Process  Name, DOMESTIC LIMITED LIABILITY COMPANY

Current Job Title (or other identifying information)

1548 East 2nd Street

Current Work Address (or other address where defendant may be served)

| Brooklyn | NY | 11230 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 6

Adult Protective Services

| First Name | Last Name | |
|---|---|---|

Goverment agency

Current Job Title (or other identifying information)

2500 Halsey Street

Current Work Address (or other address where defendant may be served)

| Bronx | NY | 10461 |
|---|---|---|
| County, City | State | Zip Code |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 7:

NYC Department of Homeles Services

| First Name | Last Name |
| --- | --- |

Current Job Title (or other identifying information)

33 Beaver Street, 17th Floor

Current Work Address (or other address where defendant may be served)

| New York | NY | 10004 |
| --- | --- | --- |
| County, City | State | Zip Code |

Defendant 8:

CITYFHEPS

| First Name | Last Name |
| --- | --- |

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION

Current Job Title (or other identifying information)

150 Greenwich Street, 38th Floor

Current Work Address (or other address where defendant may be served)

| New York | NY | 10007 |
| --- | --- | --- |
| County, City | State | Zip Code |

Defendant 9:

Harlem YMCA

| First Name | Last Name |
| --- | --- |

THE YMCA OF GREATER NEW YORK

Current Job Title (or other identifying information)

180 West 135th Street

Current Work Address (or other address where defendant may be served)

| New | NY | 10030 |
| --- | --- | --- |
| County, City | State | Zip Code |

Page 4

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 10

| Andrew | Brain Bittens |
|---|---|
| First Name | Last Name |

Attorney for 1412 COL LLC, JSAF Management LLC

Current Job Title (or other identifying information)

747 3rd  Avenue

Current Work Address (or other address where defendant may be served)

| New York | NY | 10017 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 11

BRONXWORKS

| First Name | Last Name |
|---|---|

Non-profit organizations based in the Bronx

Current Job Title (or other identifying information)

630 Jackson Avenue

Current Work Address (or other address where defendant may be served)

| Bronx | NY | 10455 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 12

NYS OFFICE OF MENTAL HEALTH

| First Name | Last Name |
|---|---|

Goverment state agency

Current Job Title (or other identifying information)

44 Holland Avenue

Current Work Address (or other address where defendant may be served)

| Albany | NY | 12229 |
|---|---|---|
| County, City | State | Zip Code |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 3

| Danishia | Davis |
|---|---|
| First Name | Last Name |

Clerk of County

Current Job Title (or other identifying information)

1118 Grand Concourse

Current Work Address (or other address where defendant may be served)

| Bronx | NY | 10456 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4

| Lindsey | M  Blackwell |
|---|---|
| First Name | Last Name |

Attorney for BASICS, INC

Current Job Title (or other identifying information)

One Battery Park Plaza, 28th Floor

Current Work Address (or other address where defendant may be served)

| New York | NY | 10004 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 5

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | NY | |
|---|---|---|
| County, City | State | Zip Code |

Page 4

Defendant 4:    **SYMONE ELIZABETH SYLVESTER**

First Name                    Last Name

**Attorney for (HPD)**

Current Job Title (or other identifying information)

**1118 Grand Concourse, Room 390**

Current Work Address (or other address where defendant may be served)

**Bronx**                    **NY**                    **10456**

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    1412 College Avenue, Apt 1B, Bronx, NY 10456 - 180 West 135th street, Room#828, NY, NY10030

Date(s) of occurrence:    1/3/2024 -2/20/2024 -10/30/2024-11/25/2024- 12-25-2024 -1/3/2025- 1/6/2025- 3/20/2025-11/25/25

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See Attached Pages: FACTUAL AND LEGAL ALLEGATION;  INJURIES; AND RELIEF

Class Action Lawsuits By Plaintiffs Title 11 of American Disability Act (ADA) codified as U.S.C § 12131 et seq, Prohibits Discrimination by State and local government against Plaintiffs who suffers from Disabilities Defendents collectively Discriminated against Plaintiffs in Housing Services, social serives, Medical Accomadations made and Recommended By Doctors to provide Housing that meet Plaintiffs Medical Needes denying equal access to Housing Benifits, Working in concert to Deprive Plaintiffs Housing services Defendents county clerks intentionally Removing court Documents from January 1, 2024 until April 2025, City inspectors and government Agencies contributed to causing physical and mental Harm By negligence (Rico) cause of Action 18 U.S.C § 1962 Racketeering RICO

Page 5

See Attached Pages: FACTUAL AND LEGAL ALLEGATION; INJURIES; AND RELIEF

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See Attached Pages: FACTUAL AND LEGAL ALLEGATION; INJURIES; AND RELIEF

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

See Attached Pages: FACTUAL AND LEGAL ALLEGATION; INJURIES; AND RELIEF

_____

_____

_____

_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4-18-2025 | MEZIE ODUKA |
|---|---|
| Dated | Plaintiff's Signature |

| MEZIE | | ODUKA |
|---|---|---|
| First Name | Middle Initial | Last Name |

40 ANN STREET

Street Address

| NEW | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

|  | Worldgreen788@Gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☒ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4-18-2025 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| JIMMY | | AVILA |
| First Name | Middle Initial | Last Name |
| 1412 College Avenue, Apt 1B | | |
| Street Address | | |
| BRONX | NY | 10456 |
| County, City | State | Zip Code |
| 646-944-2174 | | HIGHSECURITY123@GMAIL.COM |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 Exhibit A

4/18/25, 8:39 AM    Resized_Screenshot_20250228_160344_Samsung_Notes001.jpeg



# CITY OF NEW YORK
# CONFLICTS OF INTEREST BOARD
2 Lafayette Street, Suite 1010
New York, New York 10007
(212) 442-1400; (212) 437-0705 (Fax)
www.nyc.gov/ethics

Milton L. Williams Jr.
*Chair*

Wayne G. Hawley
*Board Member*

Ifeoma Ike
*Board Member*

Amy E. Millard
*Board Member*

Georgia M. Pestana
*Board Member*

Carolyn Lisa Miller
*Executive Director*

Ethan A. Carrier
*General Counsel*

Jeffrey Tremblay
*Director of Enforcement*

Katherine J. Miller
*Director of
Annual Disclosure &
Special Counsel*

Alex Kipp
*Director of
Education & Engagement*

Tasnia Karim
*Director of
Administration*

Derick Yu
*Director of
Information Technology*

February 28, 2025

VIA EMAIL

Highsecurity123@Gmail.com

Re: Complaint

Dear Jimmy Avila:

I am writing to confirm receipt of the complaint you submitted to the New York City Conflicts of Interest Board (the "Board") concerning employees of the Adult Protective Services Unit at the New York City Human Resources Administration.

Thank you for bringing this matter to the Board's attention. Because of the confidentiality provisions of the City Charter, the Board cannot disclose any action taken by this agency, if any action is warranted, unless the Board issues an order finding that a violation of the conflicts of interest law has occurred, at which time the order would be published.

I am the attorney handling this matter for the Board. Please feel free to contact me at (212) 437-0740 with any questions.

Sincerely,

Jeffrey Tremblay
Director of Enforcement

 Gmail

Jimmy Avila <highsecurity123@gmail.com>

# City of New York Correspondence Update: #EC-01377604

2 messages

---

**FeedbackNotice** <FeedbackNotice@customercare.nyc.gov>
To: "Highsecurity123@Gmail.com" <Highsecurity123@gmail.com>

Sat, Apr 5, 2025 at 8:39 AM

Correspondence #: EC-01377604
Date Submitted :4/5/2025 8:37:35 AM

Thank you for contacting the City of New York. We sent your correspondence to the appropriate agency for action.

You can get correspondence details here:

*https://portal.311.nyc.gov/correspondence-details/?id=a92992bf-1a12-f011-9989-7c1e524927c0*

---

This email, including any attachments, may contain confidential, privileged, or otherwise legally protected information intended solely for the person(s) or entity(ies) to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the email or its attachments is prohibited. Please immediately notify the sender of your access to the email or its attachments by replying to the message and delete all copies.

---

**Jimmy Avila** <highsecurity123@gmail.com>
Bcc: Green World <worldgreen788@gmail.com>

Sat, Apr 5, 2025 at 8:41 AM

[Quoted text hidden]


 Gmail

**Jimmy Avila <highsecurity123@gmail.com>**

## Harassment [Reference Number: 250411-000001]

2 messages

**NYS Homes and Community Renewal** <nyhcr@mailag.cx.usg.oraclecloud.com>  Fri, Apr 11, 2025 at 6:05 AM
Reply-To: NYS Homes and Community Renewal <nyhcr@mailag.cx.usg.oraclecloud.com>
To: highsecurity123@gmail.com

Image

Thank you for contacting the Tenant Protection Unit ("TPU") at New York State Homes and Community Renewal. Please note that the TPU only handles matters that impact a large number of rent regulated tenants. Due to the large volume of correspondence that the TPU receives and the Unit's limited resources, we are not able to respond to every inquiry. If we are able to address your inquiry, we will contact you via email or phone for additional information.

The Office of Rent Administration is able to address the needs of individual tenants and assist them. Individuals who have questions about their rent regulated apartment and their rights should contact the ORA Rent Info Line at 718-739-6400 for further information. In addition, individuals who have a matter already pending with the ORA should contact the Rent Information Line as well.

Please note that your correspondence with the TPU does not extend the statute of limitations or stop the clock for filing deadlines.

Thank you again for your email.

**Your reference number is 250411-000001.**

**Jimmy Avila <highsecurity123@gmail.com>**  Fri, Apr 11, 2025 at 6:06 AM
Bcc: Green World <worldgreen788@gmail.com>

[Quoted text hidden]

# Exhibit B



459 East 149th Street
Bronx, NY 10455
Phone: 855-681-8700  Fax: 718-292-1407

Tuesday, July 30, 2019

Re: JIMMY AVILA
DOB: 04/09/1981

For: New York City Housing Authority

Section 8

To Whom It May Concern:

This letter serves to request your assistance with my patient relocating to a habitable 1 bedroom apartment, which he has been approved for. He has history of chronic rhinitis affecting his sense of smell, halitosis, nasal polyposis and chronic rhinosinusitis which is worsened by exposure to molds and mildew. At the current residence where he stays, he is constantly exposed to molds on the walls and would benefit from expedited relocation to improve his symptoms and quality of life.

He also has history of schizoaffective disorder and permanent right hand nerve damage affecting his ability to perform instrumental activities of daily living. He is currently receiving disability benefits (SSD).

Sincerely,

PAUL DE GUZMAN, M.D.
NY Lic 276180
DEA FD2600000

Paul De Guzman, MD
Primary Care Physician, Internal Medicine
NY License 276180



CIVIL COURT OF THE CITY OF NEW YORK          Index L&T # 17592/20
COUNTY OF BRONX, HOUSING PART T

------------------------------------------------------------------- X

JIMMY AVILA,

                                    Petitioner(s),      :    **STIPULATION OF**
            -against -                                  :    **SETTLEMENT**

BASIC,
                                    Respondent(s)       :

------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES AS FOLLOWS:**

1.      The parties and their respective attorneys agree to settle this matter pursuant to the following terms:

2.      Without admitting to any of the allegations in the Petition or any wrongdoing, the Parties agree and in good faith are willing to comply with the following terms, which terms shall be and are limited to the services which OMH provides to Petitioner through the provider:

      a.      BASICS will provide one-on-one home visits on a monthly basis (*via* Zoom, telephone, or in person), on such dates and times to be agreed upon by the Parties, provided, however, that if Petitioner at any time (i) desires the home visits to occur on a less frequent basis or (ii) accuses BASICS or its agents of harassment in connection with the home visits, then BASICS may reduce the frequency of home visits to once every three months as permitted under the New York State Office of Mental Health's ("OMH") Supportive Housing Guidelines;

      b.      BASICS, when possible, will give Petitioner advance notice in the event that Landlord needs to access the apartment, which shall be at least 48 hours' written notice via e-mail to Petitioner upon Landlord notifying BASICS of the need to have access (except in emergency circumstances where 48 hours' notice is not possible) and Petitioner shall not deny access in emergency circumstances. If Petitioner is unable due to personal circumstances to accommodate the requested access, then the access date and time will be rescheduled for a date and time convenient for both parties;

c.      Petitioner may bring complaints regarding repair issues in the apartment to his BASICS case worker, who will notify the apartment's owner, 1212 Grant Realty LLC ("the Owner"), to make any necessary repairs; provided, however, that nothing in this Stipulation of Settlement shall require BASICS to make any repairs that are required to be made by the Owner, pursuant to the terms of the lease agreement between Petitioner and the Owner and applicable law.

d.      Petitioner has been provided the e-mail address and telephone number for his case worker at BASICS and will be permitted to contact his case worker regarding issues with the apartment and services provided by BASICS as per the OMH guidelines, with the understanding, acknowledgment and agreement that Petitioner's case worker is subject to change at BASICS' sole discretion.  If the case worker is not available he may leave a message.

e.      Petitioner will deliver his portion of the monthly rent payment via U.S. mail to PMP Program Director, BASICS, Inc., 974 Prospect Avenue, Bronx, NY, or deliver in person at 974 Prospect Avenue, Bronx, NY.  BASICS will forward Petitioner's portion of the monthly rent payment to the Owner;

f.      BASICS will submit a request to the Owner to schedule an exterminator to address any rodent infestation and repair any mice holes and will make reasonable efforts to ensure that the Owner provides the exterminator services to Petitioner and repairs any mice holes in the apartment;

g.      Within seven (7) days of execution of this stipulation by all parties, BASICS will submit a request to the Owner to make the accommodation for Petitioner for a second shower bar in the apartment's bathtub. If the request for accommodation is denied by the Owner, and the request is structurally feasible without damaging or invalidating BASICS' lease with the Owner, then within seven (7) days of any such denial by the Owner, BASICS will submit a request to OMH to approve funding for the modification. In the event that OMH approves such funding, BASICS will coordinate a second shower bar to be installed in the bathtub within 30 days of OMH's approval of such funding;

h.      Petitioner will not be prohibited by BASICS from keeping an emotional support animal in the apartment as a reasonable accommodation for a disability.  Petitioner has provided BASICS with a letter from a physician advising that having a cat would provide emotional support to Petitioner.  BASICS will assist Petitioner in completing any necessary paperwork to apply for permission to keep an emotional support animal in his apartment to be submitted to the Owner. However, Petitioner agrees that any emotional support animal may be excluded if it causes damage or disruption that creates an undue hardship, in accordance with applicable law;

i.      BASICS will procure an air purifier for Petitioner subject to OMH's approval and within the approved budget.

3.    By entering into this Agreement, BASICS does not assume legal responsibilities that would otherwise be required of 1212 Grant as the owner and landlord on the primary lease.

4.    This Stipulation may be executed in counterpart by facsimile and be deemed an original for filing purposes.

5.    This Stipulation constitutes the entire agreement, and may not be modified except it is in writing.

6.    This Stipulation shall be mutually drafted so that no negative inference shall arise against either side.

      Dated:    Bronx, New York
              July 21__, 2021

PETITIONER

By: ___Jimmy Avila___
    JIMMY AVILA

ATTORNEY FOR PETITIONER:

By: ___Ivelina Buyuklieva___
    Ivelina Buyuklieva, Esq.
NAICA
1075 Grand Concourse, Suite 1B
Bronx, NY 10469
ibuyuklieva@naicany.org

BASICS, Inc.

By: _____
    JOSE A. RODRIGUEZ, C.L.O.

ATTORNEY FOR RESPONDENT:

By: _____
    Lindsey Blackwell, Esq.
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
lblackwell@grsm.com



**Sun River**
Health

1543 Inwood Ave
Bronx, NY 10452-2001

3/22/2022

To Whom It may Concern:

Mr Avila was evaluated in my office today for weakness, fever and night sweats. He has a chronic infection and likely osteomyelitis of the maxillary (upper dental) bone and will require bed rest for the next 7 days as part of his treatment.

He will also require a safety transfer from BASIC to a ONE BEDROOM apartment at an alternate scatter sight.

Please contact me at 844-400-1975 if you have any questions at all.

Sincerely,

Ted Martynowicz  DO

Ted Martynowicz, DO
LIC# 156171
NPI# 1922058130

Elsevier Interactive Patient Education - Jimmy AVILA - ID# 121-569-534 - MR# 0244-7937



**BronxCare Health System**
1650 Grand Concourse,
Bronx, NY 10457
Tel. (718) 590 1800

Patient Name: <u>Jimmy AVILA</u>
Attending Caregiver: <u>PAIK, MATTHEW SEUNGYOON</u>

# Gastroesophageal Reflux Disease, Adult

Gastroesophageal reflux (GER) happens when acid from the stomach flows up into the tube that connects the mouth and the stomach (*esophagus*). Normally, food travels down the esophagus and stays in the stomach to be digested. However, when a person has GER, food and stomach acid sometimes move back up into the esophagus. If this becomes a more serious problem, the person may be diagnosed with a disease called gastroesophageal reflux disease (GERD). GERD occurs when the reflux:



➢ Happens often.
➢ Causes frequent or severe symptoms.
➢ Causes problems such as damage to the esophagus.

When stomach acid comes in contact with the esophagus, the acid may cause inflammation in the esophagus. Over time, GERD may create small holes (*ulcers*) in the lining of the esophagus.

WHAT ARE THE CAUSES?
This condition is caused by a problem with the muscle between the esophagus and the stomach (*lower esophageal sphincter*, or LES). Normally, the LES muscle closes after food passes through the esophagus to the stomach. When the LES is weakened or abnormal, it does not close properly, and that allows food and stomach acid to go back up into the esophagus.

The LES can be weakened by certain dietary substances, medicines, and medical conditions, including:

➢ Tobacco use.
➢ Pregnancy.
➢ Having a hiatal hernia.
➢ Alcohol use.
➢ Certain foods and beverages, such as coffee, chocolate, onions, and peppermint.

WHAT INCREASES THE RISK?
You are more likely to develop this condition if you:

➢ Have an increased body weight.
➢ Have a connective tissue disorder.
➢ Take NSAIDs, such as ibuprofen.

# AFTER VISIT SUMMARY



NYC HEALTH+ HOSPITALS | **Lincoln**

**Jimmy Avila**  MRN: 1183743

📅 3/4/2025  📍 Lincoln ED Adult 844-692-4692

## Instructions

Follow up with the dental clinic and also please follow up with your PCP. You can go to the Express Care clinic as a walk-in if you need to establish primary care. They are located in Lincoln Hospital room 1C2A and their hours are M-F 8am-8pm, weekends and holidays 10am-4pm. Return to the ED if you have any new or concerning symptoms.

 **Read the attached information**
1. Managing Stress  Adult (English)
2. Nonspecific Chest Pain  Adult  Easy-to-Read (English)
3. Panic Attack  Easy-to-Read (English)

 **Ambulatory Referral to Dentistry**
Where: LI GENERAL DENTISRY
Address: 234 E 149th Street Suite 2A8 Bronx NY 10451
Phone: 718-579-5695
Expires: 3/4/2026 (requested)

 **Go to LI GENERAL DENTISRY**
Why: As needed
Specialty: Dentistry
Contact: 234 E 149th Street
Suite 2a8
Bronx New York 10451
718-579-5695
Take elevator to second floor, take two lefts then walk straight down the hall. There will be signage to guide you to Dentistry.

 **Go to Lincoln ED Adult**
Why: As needed
Specialty: Emergency Medicine
Contact: 234 E 149th Street
Bronx New York 10451
844-692-4692

 **Go to Lincoln ExpressCare**
Why: As needed
Specialty: Urgent Care
Contact: 234 E 149th Street
Bronx New York 10451
844-NYC-4NYC
Suite 1C2A

## Today's Visit

You were seen by Dr. Suvam Neupane and Dr. Christopher Gibson

**Reason for Visit**
chest pain x 5 months

**Diagnoses**
- Chest pain of uncertain etiology
- Panic attack
- History of dental problems
- Housing instability, currently housed, at risk for homelessness

**Lab Tests Completed**
Basic Metabolic Panel
CBC And Differential
Hepatic Function Panel
Magnesium, Serum
Phosphorus, Serum
Troponin-HS

**Imaging Tests**
ECG 12 Lead

NYC HEALTH+ HOSPITALS | MYCHART

Our records indicate that you have an active MyChart account. Did you know that with MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments...and much more! Go to **mychart.nychhc.org** or open the app to login!

If you have questions you can call anytime: 844-920-1227

**Remember, for emergencies, always call 911- do not use MyChart.**

**SBH**
Health System
B R O N X

# AFTER VISIT SUMMARY

**Jimmy Avila**  MRN: 00981308

📅 2/2/2025   📍 SBH ED 718-960-9000

## Instructions

Signs, symptoms, results were reviewed with patient. All this was discussed in layman's terms with the patient. This patient has stable vital signs and harbors no emergency medical condition as determined by our focused medical screening exam directed by the chief complaint. STRICT return precautions given. Red Flags discussed with patient. The patient is medically cleared for discharge.

IMPORTANT MESSAGE FROM YOUR DOCTOR:

Although you have been discharged from the Emergency Department, this does not mean that you have a "clean bill of health." If your symptoms persist or get worse, or if any new symptoms develop, please return to the Emergency Department immediately for re-evaluation, especially if your symptoms include chest pains, trouble breathing, abdominal pain, fever, headache, confusion, trouble seeing, or trouble walking.
It is also very important that you see a primary care doctor within the next few days to follow up. If you do not have a doctor, please call the number on your insurance card or call us at 718-960-9000 so that we can help you find one. Bring this packet to your doctor's appointment so he or she can see all the test results done during your visit.

To follow up on your results please sign up for Follow My Health (you can download the associated app on your phone as well).
https://sbhny.followmyhealth.com/Login/#!/default

### Your medications have changed



○ START taking:
   benzocaine-menthol (Cepastat Sore Throat)

   hydrOXYzine pamoate (Vistaril)

   Review your updated medication list below.



### Pick up these medications at CEDRA PHARMACY - BRONX, NY - 3027 3RD AVENUE

- benzocaine-menthol 15-3.6 MG
- hydrOXYzine pamoate 50 MG capsule
Address: 3027 3RD AVENUE, BRONX NY 10455
Phone: 917-473-7788

## Today's Visit

You were seen by Dr. Amanda Tramutola, MD

### Reason for Visit

- Fever
- Night Sweats
- Flu Symptoms
- Psychiatric Evaluation
- Cough
- Vomiting

### Diagnosis

Viral upper respiratory tract infection

### 🔬 Imaging Tests

XR chest 2 views

### ⚕ Medications Given

acetaminophen (Tylenol) tablet 975 mg Last given at 7:55 PM

benzocaine-menthol (Cepastat Sore Throat) 15-3.6 MG 1 lozenge Last given at 10:00 PM

famotidine (Pepcid) tablet 20 mg Last given at 7:55 PM

ibuprofen tablet 400 mg Last given at 7:55 PM

| | |
|---|---|
| Blood Pressure **168/104** | BMI **24.82** |
| Weight **160 lb** | Height **5' 7.32"** |
| Temperature (Oral) **98.1 °F** | Pulse **72** |
| Respiration **19** | Oxygen Saturation **97%** |

**NYC
HEALTH+
HOSPITALS** | Harlem

Adult Outpatient Behavioral Health
Mural Pavilion
512 Lenox Ave, 5th Floor
New York, NY 10037
(212) 939-3210

**DSM-5 DIAGNOSIS**

Schizoaffective disorder, bipolar type

Unspecified personality disorder

Problems related to housing

**SUMMARY AND CLINICAL RECOMMENDATIONS**

43 y.o. Male, single, domiciled in supportive housing, with a working diagnosis of Schizoaffective disorder, bipolar type. He reports ongoing issues with building management and stress due to housing problems. He is compliant with his medications and appointments. No evidence of manic or psychotic decompensation. He has a pervasive pattern of distrust and suspiciousness of others which makes it difficult for him to live with a roommate. Chronic leukopenia and neutropenia likely benign and following up with PCP. Recurrent dental infections for which he is following up with Dentist.

The patient is psychiatrically stable to continue care on an outpatient basis. Chronic safety risk continues to be mitigated by the patient's ability to advocate for himself, case management, to utilize safety planning, and lack of any active SI/HI. He is a standard-risk patient at the clinic. The patient is at risk of relapse, psychiatric decompensation, and potential rehospitalization without stable housing and financial resources. Hence, I strongly recommend that he receive supporting housing and eligible financial disability benefits. I recommend that he is housed in a studio or one-bedroom apartment considering his history of chronic mental health problems.

Signature: _____

Hasnain Afzal, MD

Attending Psychiatrist

Adult Outpatient Clinic, Department of Psychiatry and Behavioral Health

Harlem Hospital Center

NPI: 1194248401; NYS License #: 308455

Office: 212-939-3021 | Fax: 212-939-1108

I, **Jimmy Avila** have read and I agree with the information about my mental health above.

Patient signature: _____

Dated: 11/22/2024

# Exhibit C

New York State Unified Court System

## Appointment Order: Guardian Ad Litem

CIV-GP-112 (08/2023)
Page **1** of **5**
nycourthelp.gov

**New York City Civil Court, Housing Part** H
**County of** Bronx

**L&T Index #:** 1116/24

**Petitioner** (person starting the case):
Jimmy Avila

**Respondent** (person responding to the case):
1412 Col LLC

**Property Address:**
1412 College Avenue, Apt. 1B
Bronx, New York 10456

The [*select one*]:

☑ Petitioner

☐ Respondent

☐ NYC Department of Social Services (DSS)

has asked the Court to appoint a Guardian Ad Litem (GAL) for Jimmy Avila .

☐ The Court made its own motion (request) to appoint a GAL for _____.

The Court held a hearing.

The Court has decided that Jimmy Avila (going forward referred to as "named litigant") is unable to effectively defend their rights and protect their interests.

### THE COURT ORDERS

1. Name of GAL: Stuart Adler
   Phone: (917) 683- 2775
   is the appointed GAL for Jimmy Avila in this case. The GAL's duties are listed in paragraphs 4-8 below.

2. The GAL must file written Consent (CPLR sec. 1202(c)) and either an Affidavit of Services or Affirmation of Services (CPLR sec. 1204) with the Court.

3. The GAL's appointment does not end until all settlement terms are completed and all referrals to DSS or other social or charitable services are followed-up on. Should the case be restored to the calendar for any reason, the GAL must resume their advocacy work on behalf of the named litigant. The Court may terminate the GAL's appointment sooner.



ADA Accommodations
ada@nycourts.gov

Spoken or Sign Language Interpreters
interpreter@nycourts.gov

COURT Help 1-800-COURT-NY
(268-7869)



## DUTIES OF THE GAL

4. The GAL must make all efforts to meet with the named litigant in their home. Alternatively, the GAL must make all efforts to meet the named litigant in Court or in a safe environment if the named litigant cannot come to Court. The GAL will speak to the named litigant to find out what they want in the case.

5. The GAL must investigate and bring to the Court's attention all facts important to the named litigant's case.

6. The GAL must investigate further whether the named litigant qualifies for any social services that can help resolve this case. If so, the GAL make every effort to help obtain such services.

7. The GAL must recommend to the Court a final solution for the case that is in the best interests of the named litigant.  The GAL must tell the Court how the named litigant feels about the GAL's recommendation.

8. The GAL is authorized by the Court to retain counsel from a Right to Counsel (RTC) legal services provider.

## PAYMENT OF FEES

9. The GAL understands that they may not receive compensation for the advocacy work performed as part of their appointment in this case, **unless:**

   a. the named litigant:

      i. is a client of APS at the time of appointment, or

      ii. becomes a client of APS during the period when the GAL is formally appointed to advocate on behalf of the named litigant, or

      iii. is a client of another HRA program at the time of appointment, and APS has consented to compensate the GAL for services provided by that program, or

      iv. becomes a client of another HRA program during the period when the GAL is formally appointed to advocate on behalf of the named litigant and APS has consented to compensate the GAL for services provided by that program

      **OR**

   b. the court, in its discretion, grants a motion for relief pursuant to CPLR §1204.

If the named litigant meets any of the criteria listed in paragraph 9(a) above, then the terms of paragraph 10 apply.

10. If the named litigant is or becomes a client of APS (or another HRA program as specified in paragraph 9) during the period when the GAL is formally appointed to advocate on behalf of the named litigant, the New York City Human Resources Administration/Department of Social Services must pay the GAL, upon consent, the sum of $1050 after it receives a copy of the

Affidavit of Services filed by the GAL in Court (CPLR § 1204) and any other required documents listed here: http://nycourts.gov/courts/nyc/housing/GALexisting.shtml#payment

## NOTICE AND INFORMATION

11. Select all that apply:

☐ The named litigant was given a copy of this Order in Court.

☐ The named litigant was mailed a copy of this Order by the Court.

☑ GAL is directed to give a copy of this Order to the named litigant.

12. The GAL should provide a copy of the brochure: "The Judge says I need a Guardian ad Litem (GAL). What does that mean?" to the named litigant found at: http://nycourts.gov/courts/nyc/housing/GALexisting.shtml#brochures

## THE COURT FURTHER ORDERS:

☐ That the judgment and warrant of eviction in this case are vacated (canceled).

☐ That all stays stopping something in this case are continued.

☑ That the instant proceeding is adjourned to April 23, 2025 at 9:30 A.M.

Dated: 04 /11 /2025

Bronx_____, New York

Hon. Omer Shahid_____.



3475 Third Avenue, Bronx, NY 10456

Tel: 929-468-9401

Fax: 929-242-0527

Date: General Examination GENERAL

Patient name: Avila,Jimmy

Date of Birth: 04/09/1981

To whom it may concern,

Patient seen today in office. Patient is requesting a referral. This is a referral to OLA: Guardian Ad-Litem for Landlord/Tenant Court

Sincerely,

Stephanie Fuller, FNP-C

### ATTACHMENT H-1A: DOCUMENT REQUEST

**Breaking Ground**
520 8th Avenue, Suite 2100
New York, NY 10018
1-646-224-8182 (F)

Date: 12/10/24

Jimmy Avila
1212 Grant Ave Apt 1C
New York, NY 10456

Application Received: 5/24/2023 0:00
Re:    **Webster 411 E 178th St, Bronx, NY 10457**

Dear Applicant:

Your waitlist number has been reached for further processing for: The Webster. **THIS IS ONLY A NOTICE TO SUBMIT DOCUMENTS FOR FURTHER PROCESSING. THIS IN NO WAY GUARANTEES AN APARTMENT.** Once documents have been received and we have determined your eligibility, our intake specialist will contact you to schedule a housing interview.

**SUBMIT YOUR HOUSEHOLD DOCUMENTS:**
*You will have until Friday December 27, 2024 to email your documents or submit them in person to our office.*

Please use one of the methods below to submit your documentation for eligibility.

> **Email:jdargan@breakingground.org**
> **Phone: 646-870-8341**
> **Fax:  646-224-8182**
>
> **Address:** 520 8th Avenue, New York, NY 10018
>
> **Drop Off times:** Due to COVID-19 travel and work restrictions, all in-person drop-offs must be scheduled in advance. Please contact the email above to schedule an appointment to drop off your documents within the specified timeframe. Drop offs can be scheduled from Monday to Thursday <u>only</u>.

**Important:**
- You must bring or submit ALL documents for all household members to confirm your eligibility. Your application cannot be processed in full without ALL DOCUMENTATION (see attached document list).
- Once your eligibility has been confirmed, our Intake and Eligibility Specialist will contact you to schedule a housing interview.
- ☐ If this box is checked, please complete the attached for further processing, you will need to provide additional supporting documentation (see *Certification of Eligibility for Disability Set Aside Unit* form and bring it to your appointment. Remember that your medical professional must complete part of the form.

We look forward to your response.

Sincerely,
8
On behalf of Breaking Ground HDFC



Exhibit D

Elsevier Interactive Patient Education - Jimmy AVILA - ID# 120-197-044 - MR# 0244-7937



BronxCare Health System
1650 Grand Concourse,
Bronx, NY 10457
Tel. (718) 590 1800

Patient Name: Jimmy AVILA
Attending Caregiver: SAHRAIE, DUSTIN

# Crush Injury of the Foot

When a crush injury of the foot occurs, many structures within the foot and ankle can be affected. This can result in a complicated injury that may involve:

➢ One or more broken (*fractured*) bones.
➢ Lacerations or abrasions of the skin. These increase your risk of infection.
➢ Compressed or torn muscles.
➢ Torn ligaments and tendons.
➢ Broken blood vessels, causing bleeding within the tissues. This can lead to dangerously high pressure within the tissues (*compartment syndrome*).
➢ Damage to nerves.
➢ One or more toe amputations.

WHAT ARE THE CAUSES?
This type of injury can happen when a great amount of force is suddenly applied to the foot. This might occur:

➢ During a motor vehicle accident.
➢ If a heavy load falls directly onto the foot.
➢ If the foot is pulled into a machine during industrial or agricultural work.

WHAT ARE THE SIGNS OR SYMPTOMS?
Symptoms will vary depending on which structures in your foot have been injured. Symptoms may include:

➢ Moderate or severe pain in the foot, ankle, or leg.
➢ Bleeding at the site of injury.
➢ Tingling, numbness, or loss of feeling (*sensation*) in part or all of your foot.
➢ Loss of movement in part or all of your foot.

HOW IS THIS DIAGNOSED?
Your health care provider will examine you and ask questions about how your injury happened. The exam may include checking for sensation and blood flow into your foot. You may also have tests, including X-rays and procedures to check the pressure in your foot.

After initial treatment, additional tests may be done to further diagnose the extent of your injuries. These may include:

➢ A nerve conduction study to determine how well the nerves are working in your leg and foot.
➢ An MRI to determine if other injuries occurred that do not usually show up on the X-ray.

*Police Report against Trevor Griffith*

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev 3-98) Pent (RMU)

Welcome to __044__  __2 EAST 169TH STREET AND JEROME AVENUE  BRONX, NY__    __(718)590-5511/12__
　　　　　(Command)　　　　　　　(Address)　　　　　　　　　　　　　(Telephone)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number (s):

Complaint Report NO: _2023-41-_  Accident Report NO: _8116_  Aided Report No: _____

Reported to: _PAA  Carson  374968_  Date of occurrence! _11/16/23_ Time: _1500_
　　　　(Rank)　　(Name)　　(Shield No.)

Location of Occurrence: _974 Prospect Avenue, Bronx NY_

Crime: _Assault 3_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number (718) 590-5511/ 12.  Please let us know if you have any suggestions on how we can better serve you.

### Provide Your ID When asking for Reports or Report number
#### COURTESY – PROFESSIONALISM-RESPECT
#### REMEMBER: CALL "911" FOR EMERGENCIES ONLY

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev 3-98) Pent (RMU)

*Against Maintenance worker empolyee for 1412 COL LLC Building owner*

Welcome to __044__   2 EAST 169TH STREET AND JEROME AVENUE  BRONX, NY     __(718)590-5511/12__
        (Command)          (Address)                                    (Telephone)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number (s):

Complaint Report NO: 2025- __44-000232__ Accident Report NO: 2025- __44 000235__ Aided Report No: _____

Reported to: __PAA  Carson__ . __374968__          Date of occurrence: __01/03/25__ Time: __11:50__
        (Rank)    (Name)           (Shield No.)

Location of Occurrence: __1412 College Aveaue, BRONX NY__

Crime: __Harassment__

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number __(718) 590-5511/12.__  Please let us know if you have any suggestions on how we can better serve you.

## Provide Your ID When asking for Reports or Report number
### COURTESY – PROFESSIONALISM-RESPECT
### REMEMBER: CALL "911" FOR EMERGENCIES ONLY

FILED: BRONX CIVIL COURT - L&T 01/09/2025 11:25 AM    INDEX NO. LT-301342-25/BX

NYSCEF DOC. NO.    RECEIVED NYSCEF: 01/09/2025

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX : HOUSING PART                                      X

1412 COL LLC
                                          Petitioner (Landlord)

                            against                                       **NOTICE OF PETITION**
                                                                          *Non-Payment*
Basic Inc.                                Respondent(s) (Tenant(s))        *Residential*
1412 College Avenue, Apt. 1B
Bronx, NY 10456                                                           Petitioner's Business Address:

                                                                          164 Suffolk Street
                                                                          New York, NY 10002

**JOHN DOE - UnderTenant, JANE DOE - UnderTenant**

                                          Respondent(s) - (Occupant(s))

The first names of the tenants and/or Undertenants being fictitous and unknown to Petitioner,
persons intended being in possesion of the premises herein.                                      X

**Your landlord is suing you for nonpayment of rent.**

1. Your landlord has started an eviction nonpayment case against you for rent the landlord claims you owe. The landlord's reasons are given in the attached Petition.

2. Your landlord is asking this Court for:
   - a money judgment for $4,690.00, plus interest from August 1, 2024, and
   - permission to evict you from your home if you do not pay the money judgment (provided you do not qualify for temporary protection from eviction under New York State Laws or Statutes and/or Federal Laws or Statutes).
   - PLEASE TAKE NOTICE, you may qualify for temporary protection from eviction under New York State Law. For more information about legal resources that may be available to you, go to www.nycourts.gov/evictions/nyc/ or call 718-557-1379 if you live in New York City or go to www.nycourts.gov/evictions/outside-nyc/ or call a local bar association or legal services provider if you live outside of New York City. Rent relief may be available to you, and you should contact your local housing assistance office.

3. You have a right to a trial. But first you must Answer the Petition by going to the landlord-tenant Clerk's Office at: 1118 Grand Concourse  Bronx, NY 10456. You must do this **within 10 days** after the date these papers were given to you or a person who lives or works in your home, or were posted at your home at:

**Address or description of the premises**
   1412 College Avenue, Apt. 1B, Bronx, NY 10456

*Warning!* If you don't Answer the Petition within 10 days, a judgment may be entered against you.
If that happens, the landlord will have the right to evict you.

Your Answer should say the legal reasons that you don't owe all or part of the rent. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. To Answer the Petition you must either:
   - Go to the landlord-tenant Clerk's Office and tell the Clerk your Answer, or
   - Give the landlord-tenant Clerk your Answer in writing (Form No. Civ-LT-91a).
Information to help you Answer the Petition is attached (Form No. Civ-LT-92) is available at the landlord-tenant's Clerk's Office or online at nycourts.gov/housingnyc.
*Important!* If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

4. When you Answer the Petition, you will get a date to come back to Court 3 to 8 days later. You have a right to postpone that date for 14 days but you have to come to the courthouse to ask for a postponement. If you pay all the rent due before your court date, the case will be dismissed.

5. If your name is not on this Notice but you live in the home listed above, you have a right to come to Court and Answer the Petition.

6. Available Resources:
   - **Legal Help:** Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 212 557-1379

FILED: BRONX CIVIL COURT - L&T    Farm Fay - Acting Chief Clerk, 1/09/2025 11:25 AM  BRONX CIVIL COURT - L&T    File #: 001335 - Form#: D0001073

[5228-0281/]                                          1 of 3

FOURTEEN DAY NOTICE

TO:    Basic Inc.
       1412 College Avenue, Apt. 1B
       Bronx, NY 10456

PLEASE TAKE NOTICE that you are hereby required to pay to the landlord of the above-described premises, the sum of $11,350.00 for rent of the premises as follows:

Arrears history:    Oct 2024 $2270.00 / Nov 2024 $2270.00 / Dec 2024 $2270.00 / Jan 2025 $2270.00 / Feb 2025 $2270.00

You are required to pay within fourteen days from the day of service of this notice, or to give up possession of the premises to the landlord (provided you do not qualify for temporary protection from eviction under New York State Law, New York State Governor Executive Orders and/or Centers for Disease Control and Prevention Guidelines). If you fail to pay or to give up the premises, the landlord will commence summary proceedings against you to recover possession of the premises (provided you do not qualify for temporary protection from eviction under New York State Law, New York State Governor Executive Orders and/or Centers for Disease Control and Prevention Guidelines).

DATE: February 13, 2025

                                              1412 COL LLC

                                              (Landlord)

Kucker Marino Winiarsky & Bittens, LLP
Attorney for Landlord
747 Third Avenue
New York, NY 10017
212-869-5030

{5228-0303/}                                  File # 001481  -  Form # T0002145

 Gmail                                    **Jimmy Avila <highsecurity123@gmail.com>**

## Your ADA Accommodation Request - REQ#-00008873

**NYCourts** <svc-flow@nycourts.gov>                                    Fri, Jan 17, 2025 at 8:20 PM
To: "highsecurity123@gmail.com" <highsecurity123@gmail.com>

**\*\*\*Please do not reply to this email. Replies to this message are routed to an unmonitored mailbox.\*\*\***

Dear Jimmy Avila,

Thank you for submitting your ADA Request for Accommodation form to the New York State Unified Court System's ADA Office.

Your disability accommodation request for a proceeding at:

- Bronx County Housing Court 1118 Grand Concourse Bronx, New York 10456
- Court Date: Jan 17, 2025

was for the following accommodations:

- Assistance With Forms
- Assistive Listening Device
- Medication Storage
- Other Accommodations

Your request has been submitted but was not sent five or more business days before the court date provided so we cannot guarantee it will be reviewed before you come to court. If you do not get an e-mail response to your request before you come to court, please visit the office of the Clerk where you are visiting, and bring a copy of this email with you. If you have any questions or concerns, please contact the ADA Office at ADARequest@nycourts.gov.

If you have any questions or concerns, please contact the ADA Office at ADARequest@nycourts.gov.



### NEW YORK STATE
### COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
TAA GRAYS, VICE CHAIR
HON. FERNANDO M. CAMACHO
STEFANO CAMBARERI
BRIAN C. DOYLE
HON. JOHN A. FALK
ROBIN CHAPPELLE GOLSTON
HON. ROBERT J. MILLER
NINA M. MOORE
MARVIN RAY RASKIN
HON. ANIL C. SINGH
MEMBERS

CELIA A. ZAHNER, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800     518-299-1757
TELEPHONE          FACSIMILE
www.cjc.ny.gov

**CONFIDENTIAL**

April 3, 2025

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

JENNIFER L. LOWRY
MELISSA DIPALO
VICKIE MA
PRINCIPAL ATTORNEYS

ERIC ARNONE
SENIOR ATTORNEY

KELVIN S. DAVIS
STELLA E. GILLILAND
ADAM B. KAHAN
STAFF ATTORNEYS

ALAN W. FRIEDBERG
CAROL HAMM
SPECIAL COUNSEL

Jimmy Avila
1412 College Avenue, #1B
Bronx, NY 10456

Re: File No. 2025/N-0336

Dear Mr. Avila:

The New York State Commission on Judicial Conduct acknowledges receipt of your complaint dated February 24, 2025.

The Commission reviews all complaints and decides whether or not to inquire into them. We will communicate with you again after it has reviewed the matter and rendered a disposition.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

*Debrah-Ann Douglas*

Debrah-Ann Douglas
Administrative Assistant

Enclosure



**Acacia Network**
ROOTED IN THE COMMUNITY SINCE 1960

Bronx Addiction Services Integrated Concepts System, Inc. A/K/A (BASICS)

### SUPPORTIVE HOUSING PROGRAM
Sublease Agreement

This Sublease (the "Lease") is made between Bronx Addiction Services Integrated Concepts System, Inc. A/K/A (BASICS), hereinafter called the "Landlord," and hereinafter called "Tenant" __Jimmy Avila__

WITNESETH:

WHEREAS: __1412 College Avenue Bronx N.Y. 10456-1019__ (the "Building") is owned by __1412 College Avenue COL LLC,__ located at: __1542 East 2nd Street Brooklyn N.Y.11230__

WHEREAS the Building contains certain units to be used as residential dwellings for participants of the __Basics Supportive Housing Program__, a rental assistance program that is administered by the New York State Office of Mental Health; and Promesa INC.

WHEREAS, the Landlord has control of, and is legally entitled to make available the above-mentioned certain units in the building.

NOW, THEREFORE, in consideration of the promises and the mutual covenants herein, Landlord and Tenant hereby agree as follows:

1. **LEASED PROPERTY**
   The Tenant will sublease Apartment No. 1B. (the "Premises") located within the building.

2. **START DATES/ END DATES OF LEASE**
   TO HAVE AND TO HOLD the said Premises with the appurtenances for the term of one (1) year(s) beginning on __January 1, 2024__, and ending on __December 31, 2024,__ to be used by the Tenant as a residential dwelling.

3. **RENT**
   The Tenant shall pay {__$224.30 per month__ }rent 30% of their monthly adjusted income, 10% of their monthly gross income, or {N/A} 100% of the Public Assistance shelter allowance they are entitled to receive, whichever is higher, making the monthly rent for this payable directly to BASICS INC.

4. **OCCUPANTS**
   A. The Landlord acknowledges that the Tenant is a participant in the Basics Supportive Housing Program (the "Program").
   B. As a participant of the Program, Landlord shall have the right to place, replace, or remove the Tenant at the Premises anytime during the Term of this lease.
   C. Any holdover by the Tenant after the expiration of the term stated herein or of any extension of such term shall be construed to be a tenancy from month to month and shall otherwise be on the terms and conditions specified herein.

1



**Acacia Network**
ROOTED IN THE COMMUNITY SINCE 1969

C.  In case the leased Premises or the building of which same is a part shall be sold, conveyed, transferred, assigned, leased, or sublet, or if the Landlord shall sell, convey, transfer, or assign this lease or rents due under this lease, or if for any reason there shall be a change in the manner of which the rent reserved hereunder shall be paid to the Landlord, proper written notice of such change shall be given by the Landlord to the Tenant.

**14. CONDEMNATION**
The government has the right to take private land for public use. In such event, both Landlord and Tenant agree to end the Lease *upon 30 days' notice.*

**15. RULES, LAWS, AND REGULATIONS**
a.  **Rules:** Tenant agrees to comply with Landlord's Housing Rules. Notice of rules will be posted or given to Tenant. Landlord need not enforce Rule against other Tenants. Landlord is not liable to Tenant if another tenant violates the rules.

b.  **Program Requirements:** Tenant agrees to comply with and be present for all program meetings/visits.

c.  **Obey all laws:** Tenant agrees to obey government housing regulations, local and state laws, and condominium and homeowner association rules as they apply to Tenants.

**16. EFFECTIVE DATE**
This Lease is effective when Landlord delivers to Tenant a copy of this Lease signed by all parties.

**IN WITNESS WHEREOF,** the parties here to have duly executed this Lease as of the 20th day *of November 20, 2023.*

Jimmy Avila
PRINT TENANT NAME & DATE

TENANT SIGNATURE & DATE          1-3-002?

BRONX ADDICTION SERVICES INTEGRATED
CONCEPTS SYSTEM, INC. A/K/A (BASICS)

Supportive Housing Director/Agency Representative
Date : 1/3/2024

5

RHM FORM CIV-14
(REV. 7/2024)

THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
DIVISION OF CODE ENFORCEMENT


**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

DCE/ BRONX BORO OFFICE
1932 Arthur Avenue
BRONX, NY10457

| BLDG ID | BORO | REG NO | HOUSE NO. | STREET NAME | NOV ID | PAGE |
|---------|------|--------|-----------|-------------|--------|------|
| 57860 | BX | 215856 | 1412 | COLLEGE AVENUE | 9391581 | 1 of 1 |

### NOTICE OF RECEIPT OF VIOLATION CERTIFICATION

| NAME AND ADDRESS |
|---|
| AVILA JIMMY Apt. 1B |
| 1412 COLLEGE AVENUE |
| BRONX, NY 10456 |

This is to notify you that the landlord of the above referenced building claims to have corrected the violations listed on this form. If we do not hear from you, we may or may not attempt to reinspect this condition. If we do not reinspect this condition, the violation(s) will be closed based on the information from the owner 70 days after the date in the column labelled "Certified by Owner."

**IF ANY VIOLATION HAS NOT BEEN CORRECTED AND YOU WANT TO FILE A TENANT CHALLENGE TO THIS CERTIFICATION, EITHER,**

. Call the Code Enforcement Boro Office at 212 863-7250 or email us at BXtenantchallenge@hpd.nyc.gov OR

. Complete this form as follows:

. Circle the numbers of the violations you claim are uncorrected on the AGENCY COPY;

. Sign the claim of uncorrected violations at the bottom of the AGENCY COPY;

. Keep the OCCUPANT COPY of this notice or make a copy of the AGENCY COPY for your records; and

. Return the AGENCY COPY of this form within 5 days to the appropriate borough office at the address provided above

**Note:** You will receive a notice if an inspection by this department confirms that the violation(s) have not been corrected.

| VIOLATION NUMBER | ISSUE DATE | CLASS | VIOLATION DESCRIPTION | CORRECT BY | CORRECTION BY OWNER | CERTIFY BY OWNER |
|---|---|---|---|---|---|---|
| 17360420 | 10/21/2024 | B | HMC ADM CODE: § 27-2017.4 ABATE THE INFESTATION CONSISTING OF VERMIN FLIES IN THE ENTIRE APARTMENT LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH | 11/26/2024 | 12/06/2024 | 12/10/2024 |
| 17360421 | 10/21/2024 | B | § 27-2005 HMC: PROPERLY REPAIR OR REPLACE THE BROKEN OR DEFECTIVE ELECTRICAL OUTLET AT SOUTH WALL IN THE 2nd ROOM FROM EAST LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH | 11/26/2024 | 12/06/2024 | 12/10/2024 |

You can go on-line to www.nyc.gov/hpd for more information about pending violations on this property, violation class and corrected by / certify regulations.

### CLAIM OF UNCORRECTED VIOLATIONS

I HAVE CIRCLED THE VIOLATION NUMBERS THAT HAVE NOT BEEN CORRECTED.

_____    12-25-2024    646-944-2174
OCCUPANTS SIGNATURE           DATE SIGNED        CONTACT PHONE #

[REP:1291]

Cycle DT:    12/09/2024



DCE/ BRONX BORO OFFICE
1932 ARTHUR AVENUE
BRONX NY 10457

**Department of
Housing Preservation
& Development
nyc.gov/hpd**

## NOTICE OF ISSUANCE OF VIOLATION

| VIOLATION NO. | VIOLATION CLASS | PEST TYPE | CORRECTION DATE | CERTIFICATION DATE |
|---|---|---|---|---|
| 17545437 | C | Roaches | 1/7/2025 | 01/12/2025 |
| 17545440 | C | Mice | 1/7/2025 | 01/12/2025 |

The City of New York
Department of Housing Preservation and Development
Division of Code Enforcement

## Open Violation Summary Report

For The Following Selected Criteria: From Date - All Through Date - All, Viol Hazard Code - All, Violation Order No. - All, Apt No. - 1B, Violation Category - All

**Building Location:**

Address: 1412   COLLEGE AVENUE   Range: 1412-1412
Boro: BRONX   Zip: 10456   CD: 4
Block: 02784   Lot: 0003   Census Tract: 225   [ P ]

**Building Profile:**

A Units: 16   Ownership/Prog: PVT
B Units: 0   Bldg Class: HEREAFTER CONVERTED CLAS
No. of Stories: 5
MDR #: 215856

Last Insp Dt: 04/08/2024
ERP Repair Ind: Y
Last ERP: 02/27/2024

**HPD Registration Information**

| Owner Type | Last Valid Reg. Date | Organization | Last Name | First Name | Boro | House No. | Street Name | Apt. | City | State |
|---|---|---|---|---|---|---|---|---|---|---|
| GEN.PART | 09/19/2023 | 1412 COL LLC | BARK | AMIR | | | | | | |
| MANAGING AGENT | 09/19/2023 | JSAF MANAGEMENT LLC | SAF | J | | 1548 | EAST 2ND ST | | Brooklyn | NY |
| Officer | 09/19/2023 | 1412 COL LLC | SAF | JOE | | 164 | SUFFOLK ST | | New York | NY |

| Story | Apt | Date Reported | Hazard Class | Order No | Organization | Violation Seq No | Item No | Violation Status | Status Dt | Certification Status | NOV Issue Dt | Cert Due Date | Cert Rcvd | Reinspect Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1B | 01/27/2024 | A | 501 | Viol Desc | 16626816 | 11 | NOV SENT | 01/29/2024 | PENDING | 01/29/2024 | 05/17/2024 | 00/00/0000 | 00/00/0000 |

§ 27-2005 HMC: PROPERLY REPAIR OR REPLACE THE BROKEN OR DEFECTIVE ELECTRIC OUTLET AT SOUTH WALL IN THE 2nd ROOM FROM EAST LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH

| 1 | 1B | 03/29/2024 | B | 566 | Viol Desc | 16783364 | | NOV SENT | 04/01/2024 | PENDING | 04/01/2024 | 05/20/2024 | 00/00/0000 | 00/00/0000 |

HMC ADM CODE: § 27-2017.4 ABATE THE INFESTATION CONSISTING OF VERMIN EVIDENCE OF FLYS IN THE ENTIRE APARTMENT LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH

| 1 | 1B | 03/29/2024 | B | 501 | Viol Desc | 16783363 | | NOV SENT | 04/01/2024 | PENDING | 04/01/2024 | 05/20/2024 | 00/00/0000 | 00/00/0000 |

§ 27-2005 HMC: PROPERLY REPAIR OR REPLACE THE BROKEN OR DEFECTIVE OUTLET (2) AT SOUTH WALL IN THE ENTIRE APARTMENT LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH

Total Open Violations for the Bldg: 6   A = 1   B = 2   C = 3   I = 0   Other = 0

Total Open Violations for the Bldg for the selected criteria: 3   A = 1   B = 2   C = 0   I = 0   Other = 0

The Following Selected Criteria: From Date - All Through Date - All, Viol Hazard Code - All, Violation Order No. - All, Apt No. - 1B, Violation Category - All



OCE/ BRONX BORO OFFICE
1932 ARTHUR AVENUE
BRONX NY 10457

**Department of
Housing Preservation
& Development
nyc.gov/hpd**

## NOTICE OF ISSUANCE OF VIOLATION

| VIOLATION NO. | VIOLATION CLASS | PEST TYPE | CORRECTION DATE | CERTIFICATION DATE |
|---|---|---|---|---|
| 17545437 | C | Roaches | 1/7/2025 | 01/12/2025 |
| 17545440 | C | Mice | 1/7/2025 | 01/12/2025 |

RHM FORM CIV-14
(REV. 7/2024)

**THE CITY OF NEW YORK**
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
**DIVISION OF CODE ENFORCEMENT**

**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

DCE/ BRONX BORO OFFICE
1932 Arthur Avenue
BRONX, NY 10457

| BLDG ID | BORO | REG NO | HOUSE NO. | STREET NAME | NOV ID | PAGE |
|---------|------|--------|-----------|-------------|--------|------|
| 57860 | BX | 215856 | 1412 | COLLEGE AVENUE | 9391581 | 1 of 1 |

**NOTICE OF RECEIPT OF VIOLATION CERTIFICATION**

| NAME AND ADDRESS |
|---|
| AVILA JIMMY Apt. 1B |
| 1412 COLLEGE AVENUE |
| BRONX, NY 10456 |

This is to notify you that the landlord of the above referenced building claims to have corrected the violations listed on this form. If we do not hear from you, we may or may not attempt to reinspect this condition. If we do not reinspect this condition, the violation(s) will be closed  based on the information from the owner 70 days after the date in the column labelled "Certified by Owner."

**IF ANY VIOLATION HAS NOT BEEN CORRECTED AND YOU WANT TO FILE A TENANT CHALLENGE TO THIS CERTIFICATION, EITHER,**

. Call the Code Enforcement Boro Office at 212 863-7250  or email us at BXtenantchallenge@hpd.nyc.gov  OR

. Complete this form as follows:

. Circle the numbers of the violations you claim are uncorrected on the AGENCY COPY;

. Sign the claim of uncorrected violations at the bottom of the AGENCY COPY;

. Keep the OCCUPANT COPY of this notice or make a copy of the AGENCY COPY for your records; and

. Return the AGENCY COPY of this form within 5 days  to the appropriate borough office at the address provided above

**Note:** You will receive a notice if an inspection by this department confirms that the violation(s) have not been corrected.

| VIOLATION NUMBER | ISSUE DATE | CLASS | VIOLATION DESCRIPTION | CORRECT BY | CORRECTION BY OWNER | CERTIFY BY OWNER |
|---|---|---|---|---|---|---|
| 17360420 | 10/21/2024 | B | HMC ADM CODE: § 27-2017.4 ABATE THE INFESTATION CONSISTING OF VERMIN FLIES   IN THE ENTIRE APARTMENT  LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH | 11/26/2024 | 12/06/2024 | 12/10/2024 |
| 17360421 | 10/21/2024 | B | § 27-2005 HMC: PROPERLY REPAIR OR REPLACE THE BROKEN OR DEFECTIVE ELECTRICAL OUTLET AT SOUTH WALL   IN THE 2nd ROOM  FROM EAST LOCATED AT APT 1B, 1st STORY, 1st APARTMENT FROM WEST AT NORTH | 11/26/2024 | 12/06/2024 | 12/10/2024 |

You can go on-line to  www.nyc.gov/hpd   for more information about pending violations on this property, violation class and corrected by / certify regulations.

**CLAIM OF UNCORRECTED VIOLATIONS**

I HAVE CIRCLED THE VIOLATION NUMBERS THAT HAVE NOT BEEN CORRECTED.

_____     _____     _____
OCCUPANT'S SIGNATURE          DATE SIGNED          CONTACT PHONE #

## NINETY (90) DAY NOTICE OF TERMINATION

H80738

TO TENANT(S):        JIMMY AVILA

PREMISES:            1412 College Avenue
                     Apartment # 1B
                     Bronx, New York 10456

**PLEASE TAKE NOTICE**, that the lease for Apartment #1B at 1412 College Avenue, Bronx, New York 10456 is scheduled to expire on **December 31, 2024**. The landlord does not intend to renew the lease to the apartment because you were discharged from the program due to your assault on staff and breaking and entering of a BASICS apartment.

**PLEASE TAKE FURTHER NOTICE**, you are hereby notified that the landlord elects to terminate your tenancy of the above-described premises. You are hereby required to quit vacate and surrender possession of the premises to the landlord on or before March 31, 2025, a day which is not less than NINETY (90) days after the service of this notice upon you.

**PLEASE TAKE FURTHER NOTICE**, that unless you remove from the said premises on or before March 31, 2025, the day on which your term expires, the landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

**PLEASE TAKE FURTHER NOTICE** that this notice is being served upon you pursuant to the Real Property Law Section §226-c and §232(a) and applicable provisions of law.

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
Y, NY 10013-3993
(212) 431-1300

H:\2-HOLDOVER DEPT\NOTICES & PETITIONS -WWriteups\H80738.docx
AK

# Exhibit E

CIVIL COURT OF THE CITY OF NEW YORK
_New York_ COUNTY; PART

Index No. _24N001981_

_Mezie oduka_

Petitioner,

AFFIRMATION OF PERSONAL SERVICE

- against -

_Harlem Y.M.C.A, Breaking Ground_

Respondent.

STATE OF NEW YORK
COUNTY OF _New York_

_Mezie oduka_ , hereby affirms, deposes and says:

I reside at _180 West 135th Street, Room# 828, New York, NY 10030_

I am not a licensed process server, nor have I served more than five legal documents during the past year. At _12:30_ AM/**PM** on _6TH DEC. 2024_ in the County of _New York_ in the City of New York I served the annexed _Reply To Affirmation of Carol Anne Herlihy_ in this matter upon _Harlem Y.M.C.A_ known to me to be the _Respondent_ by personally delivering a true copy to him/her at the following address: _505 8th AVENUE NEW YORK, NEW YORK 10018_

| Description of Individual Served in Person | | |
| --- | --- | --- |
| Sex: _female_ Color of Skin: _Light Skin_ Color of Hair: _Black_ | | |
| Approximate Age: _40_ Approximate Weight: _169_ Approximate Height: _5 feet 3 inches_ | | |

I affirm this _6_ day of _DEC._ , 20 _24_, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: _Mezie oduka_ Signature: _m·o·u·A·_

RECEIVED

DEC 0 6 2024

CIVIL COURT

CIV-RCF-57-i (Jan. 2024)

Civil Court of the City of New York
County of __New York__
Part IV

**Mezie Oduka**

Petitioner,

against

Harlem Y.M.C.A
180 West 135th street
NY, NY 10030

Breaking Ground

Respondent

**Index Number** 24 N001981

**FILED**

DEC 0 6 2024

NEW YORK COUNTY
CIVIL COURT

**Petitioner's Reply**
**To Affirmation of Carol Anne Herlihy**

**1. Response to No. 2:** Petitioner denies the allegations. Paragraph 2 affirmatively states that he has been a month-to-month tenant since 2015 at Room #828, Harlem YMCA, 180 West 135th Street, New York, NY 10030. The Petitioner has received no notice or opportunity to respond to any offer of alternate housing that meets his medical needs. The Petitioner asks that the Court take judicial notice of "Exhibit 1," the doctor's ADA letter received by Respondent's attorney, Elizabeth M. Owen, on November 25, 2024.

**2. Response to No. 3:** Petitioner denies the allegations in paragraph 3 and further states that he is a month-to-month tenant of Harlem YMCA and Breaking Ground. The Court is asked to take judicial notice that the stipulation of settlement involved withdrawing the petition with prejudice. Furthermore, since 2018, he has become a month-to-month tenant due to the failure of the parties to issue a regular lease or find alternate housing that meets the Petitioner's medical needs. According to Title II of the Americans with Disabilities Act (ADA), the Petitioner is protected from discrimination by Respondents in housing services, programs, and activities provided by state and local governments. This includes:
  - Ensuring that people with disabilities are treated equally in the criminal justice system.
  - Administering services, programs, and activities in the most integrated setting appropriate to the needs of individuals with disabilities.
  - Providing reasonable modifications to policies, practices, and procedures.
  - Taking appropriate steps to communicate effectively with people with disabilities.

**3. Response to No. 4:** Petitioner objects to paragraph 4 and asks the Court to take judicial notice of Respondents' "Self-Help Eviction" dated October 30, 2024, which can be found on YouTube under "Harlem YMCA Illegal Lockout: Mr. Mezie Oduka Caught on Camera" (see Exhibit 2). The Petitioner also states that the alleged DHS contract is not an exhibit herein and asks the Court to take judicial notice of the affidavit in support from Jimmy Avila, a witness to the "Self-Help Eviction."

**4. Response to No. 5:** Petitioner denies the allegations in No. 5 and affirmatively states that the three parties, namely DHS, Harlem YMCA, and Breaking Ground, acted in concert in resorting to self-help eviction, which resulted in the Petitioner becoming homeless. Furthermore, the Petitioner states that this transaction occurred without due process and without notice or opportunity to respond.

I affirm this _6_ day of _DEC_, _2024_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Mezie Oduka
180 West 135th Street, Room #828
New York, NY 10030

CC:
Carol Anne Herlihy

Civil Court of the City of New York

County of New York

Index Number 24N001981

Part N

Mezie Oduka

Petitioner,

against

Harlem Y.M.C.A
180 West 135th street
NY, NY 10030

Breaking
Ground

Respondent

**Petitioner's Reply
To Affirmation of Carol Anne Herlihy**

**1. Response to No. 2:** Petitioner denies the allegations. Paragraph 2 affirmatively states that he has been a month-to-month tenant since 2015 at Room #828, Harlem YMCA, 180 West 135th Street, New York, NY 10030. The Petitioner has received no notice or opportunity to respond to any offer of alternate housing that meets his medical needs. **The Petitioner asks that the Court take judicial notice of "Exhibit 1," the doctor's ADA letter received by Respondent's attorney, Elizabeth M. Owen, on November 25, 2024.**

**2. Response to No. 3:** Petitioner denies the allegations in paragraph 3 and further states that he is a month-to-month tenant of Harlem YMCA and Breaking Ground. The Court is asked to take judicial notice that the stipulation of settlement involved withdrawing the petition with prejudice. Furthermore, since 2018, he has become a month-to-month tenant due to the failure of the parties to issue a regular lease or find alternate housing that meets the Petitioner's medical needs. According to Title II of the Americans with Disabilities Act (ADA), the Petitioner is protected from discrimination by Respondents in housing services, programs, and activities provided by state and local governments. This includes:
   - Ensuring that people with disabilities are treated equally in the criminal justice system.
   - Administering services, programs, and activities in the most integrated setting appropriate to the needs of individuals with disabilities.
   - Providing reasonable modifications to policies, practices, and procedures.
   - Taking appropriate steps to communicate effectively with people with disabilities.

**3. Response to No. 4:** Petitioner objects to paragraph 4 and asks the Court to take judicial notice of Respondents' "Self-Help Eviction" dated October 30, 2024, which can be found on YouTube under "Harlem YMCA Illegal Lockout: Mr. Mezie Oduka Caught on Camera" (see Exhibit 2). The Petitioner also states that the alleged DHS contract is not an exhibit herein and asks the Court to take judicial notice of the affidavit in support from Jimmy Avila, a witness to the "Self-Help Eviction."

**4. Response to No. 5:** Petitioner denies the allegations in No. 5 and affirmatively states that the three parties, namely DHS, Harlem YMCA, and Breaking Ground, acted in concert in resorting to self-help eviction, which resulted in the Petitioner becoming homeless. Furthermore, the Petitioner states that this transaction occurred without due process and without notice or opportunity to respond.

I affirm this 6 day of DEC. 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Mezie Oduka**
**180 West 135th Street, Room #828**
**New York, NY 10030**

**CC:**
**Carol Anne Herlihy**

# Exhibit 1

**NYC
HEALTH+
HOSPITALS** | **Renaissance**
A Gotham Health Center

264 West 118th
NY, NY 10026
212-932-6500

November 21st, 2024

**To Whom It May Concern:**

I am writing this letter to certify that patient Mezie Oduka suffers from a mental illness and has a mobility issue that renders him unable to complete certain tasks. I am also asking that the following accommodations be made whenever the patient enters a transitional housing complex.

Patient is not able to climb up steps due to him having surgery in his right knee, it has rendered him to have a slow gait and can only climb about 10 steps. In addition to his limited mobility, the patient cannot share a room with another individual due to his Schizoaffective Disorder.

Patient must also be in an air-conditioned room in the hot summer months as he has mild intermittent asthma w/o complication. The heat often triggers the patient's asthma. Patient's room must also contain a fridge for his medication.

If you have any questions or concerns please feel free to contact me at 212-932-6500.

Sincerely,

HANDEL WHITE MD
INTERNAL MEDICINE
NYS 204140

Handel White
License Number: 204140

GOTHAM HEALTH / SYDENHAM
264 W, 118TH STREET
NEW YORK, NEW YORK 10026
212-932-6500

CIVIL COURT OF THE CITY OF NEW YORK
*New York* COUNTY: PART

Index No. *24N001981*

AFFIRMATION OF PERSONAL SERVICE

*Jimmy Avila*
              Petitioner,

- against -

*Yanlem Y. Me. A*
              Respondent.

STATE OF NEW YORK
COUNTY OF *New York*

*Jimmy Avila* , hereby affirms, deposes and says:

I reside at *1412 College Avenue, Apt 1B, Bronx, NY 10456*

I am not a licensed process server, nor have I served more than five legal documents during the past year. At *8:30* AM/PM, on *Elizabeth M. Owen* in the County of *New York* in the City of New York I served the annexed *ADA Doctor's letter to comply with* in this matter upon *Rosenberg + Estis, PC 733 Third Avenue 14th floor, NY, NY 10017* known to me to be the *Respondent* by personally delivering a true copy to him/her at the following address: *Room 855*

*The Respondents were served on 111 centre Street, New York, NY*

### Description of Individual Served in Person

Sex: *female*   Color of Skin: *white*   Color of Hair: *Blond*

Approximate Age: *35*   Approximate Weight: *2.00*   Approximate Height: *5, 8*

I affirm this *25* day of *November* , 20 *24* under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Printed Name: *Jimmy Avila*  Signature: _____

FREE HOUSING COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/housing/forms.shtml



OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Mezie Oduka | | |

Patient Address
180 West 135th Street, Room #828, New York, NY 10030

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
Harlem Y.M.C.A. 180 W. 135th Street, New York, NY 10030

8. Name and address of person(s) or category of person to whom this information will be sent:
Jimmy Avila 1412 College Avenue, Apt 1B, Bronx, NY 10456

9(a). Specific information to be released:
☐ Medical Record from (insert date) 10-30-2024 to (insert date) 10-30-2027
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☑ Other: Witness Self Help        Include: (Indicate by Initialing)
Eviction By Harlem YMCA
Talk to Harlem YMCA                 _____ Alcohol/Drug Treatment
                                     _____ Mental Health Information
**Authorization to Discuss Health Information**        _____ HIV-Related Information

(b). ☑ By initialing here MO I authorize Harlem Y.M.C.A.
         Initials                              Name of individual health care provider
to discuss my health information with my ~~attorney, or a governmental~~ agency, listed here: Witness MR AVILA

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| ☑ At request of individual | 10-30-2027 |
| ☐ Other: | |

| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
|---|---|
| | |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Mezie Oduka                    Date: 10-30-2024
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.**

# Exhibit 2



# Harlem YMCA illegally lockout
# Mezie Oduka October 30, 2024
# Witness Mr Avila





@jimmyavila2290    Analytics

Harlem YMCA illegally lockout Mr. Mezi …

Public · 78 views



# Harlem YMCA illegally lockout Mezie Oduka October 30, 2024 Witness Mr Avila



Date: 10-30-2024
Time: 4:44pm

180 W 135th St Room# 828, New York, NY 10030



@jimmyavila2290    Analytics

Remix

Harlem YMCA illegally lockout Mr. Mezi ...

🌐 Public · 78 views

## Affidavit in Support

**State of New York**
**County of Bronx**

I, Jimmy Avila, being duly sworn, depose and say:

1. I am over the age of 18 and competent to testify to the matters stated herein. I reside at 1412 College Avenue, Apt 1B.Bronx, NY 10456

2. On October 30, 2024, at approximately 4:44 PM, I was invited to the Harlem YMCA at 180 W 135th Street, Room# 828, New York, Ny 10030 by my friend, Mezie Oduka, to serve as a witness regarding an incident involving his personal belongings.

3. During my visit, I witnessed the theft and removal of Mezie Oduka's personal property without his authorization or consent, in violation of Real Property Law Section 223-b.

4. At 2:53 PM on the same date, Breaking Ground Program Director Niesha Sergeant sent an email to Mezie Oduka that deprived him of the opportunity to select from the housing options provided by the Department of Homeless Services (DHS).

5. According to Niesha Sergeant, the DHS had offered 3 or 4 housing vacancies. However, she acted with reckless disregard for Mezie Oduka's fair housing rights and denied Mezie Oduka his Rights to view the 3 or 4 housing vacancies that most meet Mezie Oduka Medical Needs according to Doctors request.

6. Title II of the Americans with Disabilities Act (ADA) prohibits discrimination against individuals with disabilities in programs, services, and activities provided by state and local governments. This includes services related to housing assistance.

7. Mezie Oduka was unjustly denied moving expense assistance by Breaking Ground Program Director Niesha Sergeant and supervisors at the Harlem YMCA.

8. Staff members are required to provide tenants with reasonable time to move. Mr. Avila also witnessed that Mezie Oduka was not given keys or access to a new supportive housing apartment that could accommodate his medical needs.

9. The housing studio apartment at Vanderbilt lacks essential facilities, such as a refrigerator for Mezie Oduka's medication and an air conditioner, which were specifically requested by his doctors due to his asthma and other medical conditions.

10. Public entities are mandated to make reasonable modifications to their policies, practices, and procedures to ensure access for individuals with disabilities.

1 of 2

11. Breaking Ground and the Harlem YMCA must adhere to specific standards for physical accessibility and ensure compliance with the Fair Housing Act, the Americans with Disabilities Act, and Human Rights Laws in relocating Mezie Oduka.

12. Therefore, I respectfully request that the court enter a judgment awarding and restoring Mezie Oduka's month-to-month tenancy of Room 828 pursuant to RPAPL § 713(10) and awarding him triple damages pursuant to RPAPL § 853.

I swear and affirm that the foregoing is true under penalty of perjury.

**Sworn to before me this**
30th day of October, 2024

Jimmy Avila

**Notary Public**

Notary's Signature
Notary's Printed Name
Commission Number
My Commission Expires: Date

YESENIA TORRES
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 04TO0020968
Qualified in Bronx County
My Commission Expires February 9, 2028

2 of 2

 Gmail

Jimmy Avila <highsecurity123@gmail.com>

## Fwd: MOVING, PLACEMENT

Green World <worldgreen788@gmail.com>                                      Fri, Nov 15, 2024 at 7:30 PM
To: highsecurity123@gmail.com

---------- Forwarded message ----------
From: **Niesha Sergeant** <nsergeant@breakingground.org>
Date: Tuesday, November 12, 2024
Subject: MOVING, PLACEMENT
To: Green World <worldgreen788@gmail.com>
Cc: Stephanie McDonald <stmcdonald@breakingground.org>, Octavia Maynor <omaynor@breakingground.org>

Good morning Mezie,

I hope you had a good weekend.

I am reaching out to follow up with you about a new safe haven placement.  Please let me know if you're ready to move ready with this process.  If not, can you please tell me where you are staying, especially if you're staying on the street?

Also, a few other important things I would like to share with you:

- the items that you did not retrieve from your room at the Harlem Y is being store at the Harlem Y.  The Harlem Y agreed to store your items there until 11/30/2024
- You will need to pick up your items by or before Sat. 11/30/2024, and your Case Manager (Stephanie) may help you with this.
- If you need to retrieve any of your personal items at the Harlem Y, a Breaking Ground staff member will need to accompany you being you are no longer a Harlem Y resident as of 10/31/2024. It is preferred that this person is your Case Manager, Stephanie. I encourage you and Stephanie to plan your visits to the Harlem Y in advance so there are no issues at the Harlem Y to make sure that Stephanie is available.
- Stephanie will be on vacation from 11/18-11/22, and will return to the office on Mon. 11/25
- Breaking Ground will be able to pay for storage unit for you for 30 days, once you remove it from the Harlem Y. After those 30 days, you will be responsible for paying for the storage or finding somewhere else to store your personal items.

If you have any questions and/or would like to discuss this further in person or on the telephone, please let me know which day/time works best for you.

Thanks,


Niesha Sergeant, LMSW

Program Director
Breaking Ground
S2H Brooklyn
Ph: (718) 360-8034

Email: nsergeant@breakingground.org

www.breakingground.org

# Exhibit 3

Appointment Desk - Future Tab: Oduka, Mezie W, MRN: 1551707

| ... Encounter ... | Time | Len | Appt Sta... | Visit Type | Provider | Dept | Appt Notes | ORD | A... | RFL:S... | ... Appt Arrival Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/o 11/7/2024 Thu | 1:00 p(Co*) | 20 | | | | | | | | | |
| 12/10/2024 Tue | 11:20 a | 20 | Completed | REVIST [11790293] | Shady, Ahmed Elsayed Ahmed Metwaly [5014400] | ME GSTRO [10140010 9] | | | | (X) | OPD Building - 6th Floor |
| 12/10/2024 Tue | 11:20 a | 20 | Scheduled | REVIST [11790293] | de Castro, Clarcio [5017357] | HA PNM/GNT [10120045 8] | f/p | | | (X) | 506 Lenox Ave - Room 3-215 |
| 12/23/2024 Mon | 11:25 a | 20 | Scheduled | UROLOGY REVISIT [11702001] | Matthews, Gerald [5018277] | ME UROLG [10140046 6] | | | | (X) | Main Building - 3B |
| 4/21/2025 Mon | 10:00 a | 10 | Scheduled | LAB [11790164] | ME OUTPATIENT LAB [11703050] | ME OP LAB [10140098 8] | | | | (X) | OPD Building - Room 2D14 |
| 4/28/2025 Mon | 1:00 p | 20 | Scheduled | REVIST [11790293] | Cummings, Donelle [5058807] | ME GSTRO [10140010 9] | | | | (X) | OPD Building - 6th Floor |

"I AM ASKING THE COURT TO TAKE JUDICIAL NOTICE THAT I AM MISSING MY DOCTOR'S APPOINTMENT BECAUSE OF THIS COURT DATE TUESDAY 10TH DECEMBER, 2024 NO CONSIDERATION WAS MADE WHEN I FEEL I'LL DURING COURT PROCEEDING AND RECEIVING MEDICAL TREATMENT IN COURT ROOM 655 PARTS N/R IN ASKING ME FOR AN APPROPRIATE COURT DATE. THIS HAS CAUSED AND IS CAUSING MENTAL ANGUISH, INFLICTION OF EMOTIONAL DISTRESS, ECONOMIC HARDSHIP, INTER ALIA"

# AFTER VISIT SUMMARY

**NewYork-Presbyterian**

**Mezie Oduka** MRN: 1100027458

📅 11/25/2024  📍 LMH ADULT EMERGENCY 212-312-5070

## Instructions
Your personalized instructions can be found at the end of this document.



### Your medications have changed

◆ CHANGE how you take:
**albuterol HFA (PROVENTIL;VENTOLIN)**

**Arthritis Pain Relief (Acetaminophen)**

**Acetaminophen**

**gabapentin (NEURONTIN)**

**tizanidine (ZANAFLEX)**

Review your updated medication list below.



### Read the attached information
Viral Infections (ENGLISH)



### Pick up these medications at CVS/pharmacy #3224 Btw 116th&117th | 130 LENOX AVE NEW YORK, NY 10026 | 212-348-2199

Acetaminophen • albuterol HFA • gabapentin • tizanidine

Address:      130 LENOX AVE, NEW YORK NY 10026
Phone:        212-348-2199

## Today's Visit
You were seen by Jessica Buckley
### Reason for Visit
- Dizziness
- Shoulder Pain
- Shortness Of Breath

### Diagnoses
- Dizziness
- History of EKG
- Viral syndrome

## Today's Visit (continued)

### 🖉 Lab Tests Completed

Activated PTT
Automated Differential
Basic Metabolic Panel
CBC Panel w/Platelets + Differential
Estimated Glomerular Filtration Rate (EGFR)
Hepatic Function Panel
Prothrombin Time w/INR
Respiratory Pathogen PCR Panel
TROPONIN-T, 0 HOUR, HIGH SENSITIVITY
TROPONIN-T, 1 HOUR, HIGH SENSITIVITY
TROPONIN-T, 3 HOUR, HIGH SENSITIVITY

### 🖾 Imaging Tests

CT Head without IV Contrast
ECG 12 Lead
XR Chest Standard (PA, Lat)

### ⚕ Medications Given

acetaminophen (TYLENOL) Last given at 5:00 PM
albuterol Last given at 6:05 PM
gabapentin (NEURONTIN) Last given at 5:00 PM
ipratropium Last given at 5:05 PM
ketorolac (TORADOL) Last given at 7:27 PM
lidocaine (PROZENA) Last given at 7:28 PM
tizanidine (ZANAFLEX) Last given at 5:00 PM

|  Blood Pressure 133/94 |  BMI 25.73 |  Weight 195 lb |  Height 6' 1" |
| --- | --- | --- | --- |
|  Temperature (Oral) 98.2 °F |  Pulse 74 |  Respiration 18 | Oxygen Saturation 99% |

# What's Next

**JUN
10
2025**

**Follow Up Visit with Ana Fernandez**
Tuesday June 10 11:30 AM

Please be advised, new patient appointments and many follow up
appointments require dilation and can take approximately 2-3 hours.

We kindly ask that you please refrain from the use of eyeliners, eye
makeup, and extended/false eyelashes when coming to your
appointments.  These items may impact the results of pre-
authorizations for diagnostic services with managed care (as
applicable), resulting in services being denied or repeated.
Please check with your medical insurance regarding coverage on well
visits such as annual exams, prescription checks, and contact lens
visits. Weill Cornell Ophthalmology does not accept vision insurance
except Eyemed (Aetna, Anthem, Access, Insight and Select Plans
ONLY) and you would be responsible for these visits if they are not
covered by your medical plan. There is a $150 refraction fee for all
visits. Additional fees apply for contact lens visits. Please contact our
office for fee information or any additional questions.

You will receive an email to begin your e-check in process 5 days prior
to your appointment. Please arrive 15 minutes before your scheduled
appointment time to finalize the check-in process. Our department
follows a 15-minute late policy, in which patients are not guaranteed
to be seen if they arrive 15-minutes after their scheduled appointment
time. If you need to cancel or reschedule your appointment, please
contact us at least 24 hours in advance or you will be charged a no
show fee."
We also ask you bring a photo ID, any pertinent medical records, list
of current medications, and a referral if required by your insurance.
Please note, that it is your responsibility to obtain an insurance referral
if one is required prior to your appointment to avoid being canceled
and rescheduled. Copays are expected at time of service.
Thank you for choosing Weill Cornell and have a great day.

Weill Cornell Eye Associates
1305 York Avenue
11th and 12th Floor
New York NY 10021-5663
646-962-2020

# You are allergic to the following

| Allergen | Reactions |
| --- | --- |
| Chloroquine | Itching |
| Fish Allergy | Hives |
| | Vomiting |
| Fish | Not Noted |

# Suicide and Crisis Lifeline

**FOR EMERGENCIES ALWAYS DIAL 911 OR GO TO YOUR NEAREST EMERGENCY ROOM**

**988 Suicide and Crisis Lifeline is available nationwide 24 hours a day- Call if you or someone you know is:**
- Feeling suicidal
- Experiencing a mental health or substance use related crisis

## Suicide and Crisis Lifeline (continued)

- Experiencing any kind of emotional distress
- Looking to connect with peer support specialists
- Seeking referrals for additional services

Counselors speak English, Spanish, and Chinese. Interpretation services are also available in over 200 languages.

**CALL** **988** – When prompted, press **1** for Veteran support, **2** for Spanish, or **3** for LGBTQI+ support if you are younger than 25 years old.

**TEXT** **988**- Text "**AYUDA**" for Spanish, or "**Q**" for LGBTQI+ support if you are younger than 25 years old.    **VETERANS** Text 838255

**CHAT online** – 988lifeline.org/chat

**For Deaf or Hard of Hearing:** **Text 988**
- ASL users: call 988 Videophone.
- TTY Users: Use your preferred relay service or dial 711 then 988.

# NYP Virtual Urgent Care

Get a quick diagnosis and treatment plan in minutes with Virtual Urgent Care: **nyp.org/urgentcare.**

# Your Next Steps

 **Do**

☐ Pick up these medications from CVS/pharmacy #3224 Btw 116th&117th | 130 LENOX AVE NEW YORK, NY 10026 | 212-348-2199
- Acetaminophen
- albuterol HFA
- gabapentin
- tizanidine

📖 **Read**

☐ Read these attachments
- Viral Infections (ENGLISH)

📍 **Go**

## Your Next Steps (continued)

**JUN**
**10**
**2025**

**Follow Up Visit** 11:30 AM
Ana Fernandez
Weill Cornell Eye Associates
1305 York Avenue
11th and 12th Floor
New York NY 10021-5663
646-962-2020

Please be advised, new patient appointments and many follow up appointments require dilation and can take approximately 2-3 hours.

We kindly ask that you please refrain from the use of eyeliners, eye makeup, and extended/false eyelashes when coming to your appointments. These items may impact the results of pre-authorizations for diagnostic services with managed care (as applicable) , resulting in services being denied or repeated.

Please check with your medical insurance regarding coverage on well visits such as annual exams, prescription checks, and contact lens visits. Weill Cornell Ophthalmology does not accept vision insurance except Eyemed (Aetna, Anthem, Access, Insight and Select Plans ONLY) and you would be responsible for these visits if they are not covered by your medical plan. There is a $150 refraction fee for all visits. Additional fees apply for contact lens visits. Please contact our office for fee information or any additional questions.

You will receive an email to begin your e-check in process 5 days prior to your appointment. Please arrive 15 minutes before your scheduled appointment time to finalize the check-in process. Our department follows a 15-minute late policy, in which patients are not guaranteed to be seen if they arrive 15-minutes after their scheduled appointment time. If you need to cancel or reschedule your appointment, please contact us at least 24 hours in advance or you will be charged a no show fee."

We also ask you bring a photo ID, any pertinent medical records, list of current medications, and a referral if required by your insurance. Please note, that it is your responsibility to obtain an insurance referral if one is required prior to your appointment to avoid being canceled and rescheduled. Copays are expected at time of service.

Thank you for choosing Weill Cornell and have a great day.

## ED Providers for your hospitalization

| Provider | ED Prov | Service | Role | Specialty |
|---|---|---|---|---|
| Alvelo, Jessica, MD | Yes | — | Attending | Emergency Medicine |

## Additional Contact Information

**General Hospital Information:**
- **Weill Cornell Medical Center:** 212-746-5454
- **Lower Manhattan Hospital:** 212-312-5000
- **Lower Manhattan Hospital Emergency Department:** 212-312-5070

**ED Test Results/Prescription Issues:**
- **Weill Cornell Medical Center:** 212-746-0595
- **Lower Manhattan Hospital:** 212-746-0595

**ED Radiology Results:**
- **Weill Cornell Medical Center:** 212-746-2552
- **Lower Manhattan Hospital:** 212-312-5179

## Additional Contact Information (continued)

**Medical Records Department (for copies of charts):**
- **Weill Cornell Medical Center:** 212-746-0530
- **Lower Manhattan Hospital:** 212-312-5121

**Patient Services:**
- **Weill Cornell Medical Center:** 646-697-7283 or 212-746-2813
- **Lower Manhattan Hospital:** 212-312-5034

**Hospital Billing Inquires:** 866-822-5576

**Network Recovery Services:**
- **Weill Cornell Medical Center:** 212-746-3646
- **Lower Manhattan Hospital:** 212-312-5938

**Global Services:** 212-746-9100


**Find a Physician at NYP:** 1-877-NYP-WELL


# Discharge Medications Safety Steps
**IMPORTANT - Medication Safety Steps for You to Follow**
Keep a list of all the medication you are taking including:
- Prescription medication ordered by your health care provider
- Over-the-counter medication (like Tylenol, Aspirin, Advil or Motrin, cold or cough   medication, antacids, laxatives)
- Dietary supplements such as:
    Vitamins (like vitamin C or E)
    Minerals (like calcium or iron)
    Herbal remedies (like ginko biloba)
It is important for you to have this medication list.  It will help your health care provider in making decisions related to your health conditions.  Bring your medications with you when possible.


Things you should do:
- Make a list of all medications you are taking - include the medication name and strength, amount you take, time to be taken and the reason you are taking this medication.
- Carry this medication list with you at all times in case of an emergency.
- Give this medication list to your health care provider at your next visit.
- Update this list each time when there is a change to your medication.
- If you have questions or need help updating your medication list, please ask your healthcare provider.


# Smoking Cessation
Smoking is detrimental to your health. If you currently smoke or have smoked in the past 12 months, you are advised to stop. You are also advised to avoid exposure to second hand smoke. You may call the quit line at 1-866-697-8487 or 1-866-NYQUITS for help.

## Your Belongings

Belongings have been returned to patient :

Medications have been returned to patient:    .

# Your Medication List

## Your Medication List (continued)

# TAKE these medications



**\* albuterol HFA** 108 (90 Base) MCG/ACT Aerosol Solution inhaler
Commonly known as: PROVENTIL;VENTOLIN
For: Asthma

Inhale 2 puffs Every 4 Hours As Needed for Wheezing for up to 30 days.
What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* albuterol HFA** 108 (90 Base) MCG/ACT Aerosol Solution inhaler
Commonly known as: PROVENTIL;VENTOLIN
For: Asthma

Inhale 2 puffs Every 6 Hours As Needed for Wheezing for up to 30 days.
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**



**\* Arthritis Pain Relief** 650 MG Tablet ER
Generic drug: Acetaminophen

What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* Acetaminophen** 500 MG Capsule
For: Pain associated with Arthritis

Take 1,000 mg by mouth Every 6 Hours As Needed for fever > (enter other threshold) for up to 14 days Do not exceed 8 capsules (4,000 mg daily).
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**



**\* gabapentin** 800 MG Tablet
Commonly known as: NEURONTIN

What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* gabapentin** 800 MG Tablet
Commonly known as: NEURONTIN
For: Anticonvulsant Medication Therapy

Take 1 tablet (800 mg) by mouth 3 Times a Day for 30 days.
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**



**\* tizanidine** 4 MG Tablet
Commonly known as: ZANAFLEX

What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**



**\* tizanidine** 4 MG Tablet
Commonly known as: ZANAFLEX
For: Muscle Spasm

Take 1 tablet (4 mg) by mouth Every 8 Hours As Needed for muscle spasms for up to 30 days.
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

---

⊕ **\* This list has 8 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## Medication List (continued)

## your doctor about these medications

**ASK** **lidocaine** 5 % Patch patch
Commonly known as: LIDODERM
For: Analgesia

Apply 1 Patch topically Every 24 Hours. Remove & Discard Patch within 12 hours or as directed by MD Indications: Analgesia

---

**ASK** **Menthol (Topical Analgesic)** 5 % Patch
For: Pain

Apply 1 Patch topically See Administration Instructions.

---

**ASK** **\* olanzapine** 15 MG Tablet
Commonly known as: ZYPREXA
For: MENTAL HEALTH

Take 1 tablet by mouth Nightly. Indications: MENTAL HEALTH

---

**ASK** **\* olanzapine** 10 MG Tablet
Commonly known as: ZyPREXA
For: Agitation

Take 1 tablet (10 mg) by mouth Nightly for 7 days.

---

**ASK** **pantoprazole** 40 MG Tablet DR
Commonly known as: PROTONIX
For: Excess Stomach Acid

Take 1 tablet by mouth Daily. Indications: Excess Stomach Acid

---

**ASK** **polyethylene glycol** 17 gram 17 g Packet
Commonly known as: MIRALAX
For: Constipation

Take 1 Packet by mouth Daily As Needed. Indications: Constipation

---

**ASK** **\* sertraline** 25 MG Tablet
Commonly known as: ZOLOFT

---

**ASK** **\* sertraline** 25 MG Tablet
Commonly known as: Zoloft
For: Depression

Take 1 tablet (25 mg) by mouth Daily for 7 days.

---

> ⊕ **\*** This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

---

## Connect Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.myconnectnyc.org/MyChart/**, click "Sign Up Now", and enter your personal activation code: **BS5SV-8CQ9Q-R6JBG**. Activation code expires 12/25/2024.



Date: 11/25/2024
Time: 3:15pm

Intentional infliction
of motion distress caused by Harlem YMCA
Attorney Elizabeth M. Owen
Harassing Mezie Oduka
Mezie Oduka is clearly represented
By Adult Protective Services
In his Illegal Lockout Case Index No. 1981-24/NY