UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEZIE ODUKA, | Case No.: 1:25-cv-06875-UA |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| DANISHA DAVIS ET AL., | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that Rosenberg & Estis, P.C. hereby appears as counsel for defendant HARLEM YMCA in the above-captioned action and consents to the electronic service of copies of all papers upon the undersigned at the address indicated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 22, 2025

**ROSENBERG & ESTIS, P.C.**
*Attorneys for Harlem YMCA*

By: *Elizabeth M. Owen*
_____
Elizabeth M. Owen
733 Third Avenue
New York, New York 10017
(212) 867-6000
eowen@rosenbergestis.com

TO: *VIA ECF & Regular Mail to:*
Mezie Oduka
40 Ann Street
New York, New York 10038

*VIA ECF to:*
All Defendants

RE\87767\0645\6093072v1