UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEZIE ODUKA,<br><br>                    Plaintiff,<br><br>v.<br><br>DANISHA DAVIS ET AL.,<br><br>                    Defendants. | Case No.: 1:25-cv-06875-UA<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed at 733 Third Avenue, New York, New York 10017.

2. That on **August 22, 2025**, I served **one (1)** true copy of the within **Notice of Appearance**, upon:

**Mezie Oduka**
**40 Ann Street**
**New York, New York 10038**

by Regular, First-Class Mail, with Certificate of Mailing, by giving same in a post-paid, properly addressed envelope to a postal employee at a United States Post Office, in the Borough of Manhattan, City and State of New York, for processing under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                                                                                  Michael Moya

Sworn to before me this
**22nd day of August, 2025**

_____
Notary Public

JOHN J. FRANCO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01FR6411890
Qualified in Nassau County
Commission Expires December 07, 2028

RE\87767\0645\6093265v1