UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Mezie Oduka,

                                                  Plaintiff,

            - against -

Davis *et al.*,

                                              Defendants.

**NOTICE OF APPEARANCE**

25-cv-6875

------------------------------------------------------------------------ x

        Please enter the appearance of the undersigned in the above-captioned action, as lead attorney and attorney to be noticed, on behalf of Defendants City of New York and Symone E. Sylvester.

Dated:       August 26, 2025
               New York, New York

                                  **MURIEL GOODE-TRUFANT**
                                  Corporation Counsel of the
                                    City of New York
                                  *Attorney for City Defendants*
                                  100 Church Street
                                  New York, New York 10007
                                  Office: (212) 356-2079
                                  jvyas@law.nyc.gov

                        By:     /s/ Jaimini Vyas
                                  Jaimini Vyas
                                  *Assistant Corporation Counsel*

cc:      Plaintiff via ECF