UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEZIE ODUKA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DANISHA DAVIS, et al.,<br><br>                    Defendants. | 25-CV-6875 (PAE) (KHP)<br><br>ORDER |

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of a letter from Mr. Oduka requesting an extension to file an amended complaint. (ECF No. 29.) The Court hereby **grants** an extension of time. Mr. Oduka shall file an Amended Complaint by **October 15, 2025.**

Further, Mr. Oduka is advised that he may consult with the free legal clinic to obtain help on amending his complaint. If he wishes to do so, he should make an effort to make an appointment. **The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse.** The Clinic is open on weekdays from **10 a.m. to 4 p.m.**, except on days when the Court is closed. A party without legal representation can make an appointment in person or by calling **(212) 659-6190**. The Clinic provides basic information about the legal process and may be able to assist the parties in litigating this case. The Clinic is run by a private

organization called the City Bar Justice Center ("CBJC") and is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).

**The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff.  Further, opposing counsel is respectfully asked to email a copy of this order to the Plaintiff to the address he has previously provided (worldgreen788@gmail.com).**

**SO ORDERED.**

Dated: September 30, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge