UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/18/2026___
```

| | |
|---|---|
| MEZIE ODUKA,<br><br>                          Plaintiff,<br><br>               -against-<br><br>DANISHA DAVIS, et al.,<br><br>                          Defendants. | |

25-CV-6875 (PAE) (KHP)

ORDER

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of a letter from Plaintiff requesting, for a second time, an extension of time to respond to the pending motions at ECF Nos. 43 and 45.  (ECF No. 62)  That request is GRANTED.   Plaintiff must file his opposition by **March 4, 2026.**  Defendants' reply, if any will be due by **March 18, 2026.**  The deadline previously set for fact discovery, May 28, 2026 remains intact. No further extensions to the briefing schedule will be granted absent good cause.

        **The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff.  Further, opposing counsel is respectfully asked to email a copy of this order to the Plaintiff to the address he has previously provided (worldgreen788@gmail.com).**

        **SO ORDERED.**

Dated:    February 18, 2026
          New York, New York

_____
            KATHARINE H. PARKER
            United States Magistrate Judge