UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/13/2026__
```

MEZIE ODUKA,

                             Plaintiff,

           -against-

DANISHA DAVIS, et al.,

                        Defendants.

**25-CV-6875 (PAE) (KHP)**

**ORDER**

**KATHARINE PARKER, UNITED STATES MAGISTRATE JUDGE:**

On March 11, 2026, Plaintiff filed a notice from the Queens Hospital Center representing that he was, as of March 6, 2026, admitted to the hospital. In light of this notice, Plaintiff's time to respond to the pending motion to dismiss will be extended by 30 days. Defendants' deadline to file a reply will be similarly extended. Accordingly, Plaintiff's opposition is due by **April 13, 2026**. Defendant's reply, if any, is due by **April 27, 2026**.

    **The Clerk of the Court is respectfully directed to mail a copy of this order to the Plaintiff. Further, opposing counsel is respectfully asked to email a copy of this order to the Plaintiff to the address he has previously provided ([worldgreen788@gmail.com](mailto:worldgreen788@gmail.com)).**

    **SO ORDERED.**

Dated:    March 13, 2026
           New York, New York

                              _____
                                   KATHARINE H. PARKER
                               United States Magistrate Judge