**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEZIE ODUKA,

                         Plaintiff,

      -against-                             25 **CIVIL** 6875 (PAE) (KHP)

                                          **JUDGMENT**

DANISHA DAVIS et al.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2026, the Court dismisses the Amended Complaint without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

      June 2, 2026

                                   **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                 **BY:**

                                    **Deputy Clerk**